AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TAMI ANDERSON,

        Plaintiff,

        v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-421-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment in favor of Plaintiff and against Defendant as to the claims asserted in the First Amended Complaint in the total amount of $10,050.00, representing the $1,000.00 statutory award plus $8,557.00 in attorney's fees and $493.00 in costs.  File closed.

| | |
|---|---|
| September 12, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |